IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KELLI L. CLARK                                                    PLAINTIFF

vs.                          Civil No. 1:06-cv-01103

MICHAEL J. ASTRUE                                        DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 12th day of September, 2007, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

                                                                   /s/ Barry A. Bryant
                                                                   Honorable Barry A. Bryant
                                                                   United States Magistrate Judge